## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **Criminal No.** 18-36 |
| **v.** | ) | |
| | ) | **VIOLATION:** |
| **ADRIAN L. FOSTER,** | ) | |
| | ) | **18 U.S.C. § 1001(a)(2)** |
| **Defendant.** | ) | **(False Statements)** |
| | ) | |
| _____ | ) | |

Rec'd JCU1-ST 09 17'18 PM03:49

### INFORMATION

THE UNITED STATES ATTORNEY charges that:

### COUNT ONE
### *(False Statements)*

On or about June 2014, through on or about October 2016, **ADRIAN L. FOSTER**, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of an agency of the executive branch of the Government of the United States, by certifying on multiple occasions to the National Park Service, in Homestead, Florida, that all amounts for previous work due to Rumina Construction, LLC of the U.S. Virgin Islands, had been paid. The statements and representations were false because, as **ADRIAN L. FOSTER** then and there knew, all of the payments had in fact not been paid and some of the payments due to Rumina Construction, LLC, had actually been withheld.

In violation of Title 18, United States Code, Section 1001(a)(2).

Respectfully submitted,

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

Dated this 17th day of September, 2018.

By:_____

Mervin A. Bourne, Jr.
Assistant United States Attorney
5500 Veteran's Drive, Suite 260
St. Thomas, VI 00802
Telephone: (340) 774-5757
Mervin.Bourne@usdoj.gov